# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| PAPPAS, CONSTANTINOS G. | § § | Case No. 08-03078 |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 02/12/2008 . The undersigned trustee was appointed on 02/12/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $        4,879.58

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 2,900.00 |
| Leaving a balance on hand of[1]   $ | 1,979.58 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6. The deadline for filing claims in this case was 09/25/2008 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,219.90 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,219.90 , for a total compensation of $ 1,219.90 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 10/12/2009          By:/s/RONALD R. PETERSON
                                      Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 08-03078   JBS   Judge: HON. JOHN B. SCHMETTERER
Case Name: PAPPAS, CONSTANTINOS G.
For Period Ending: 10/12/09

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 02/12/08 (f)
341(a) Meeting Date: 03/13/08
Claims Bar Date: 09/25/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1311 N. Baldwin Ct. Unit 1 B Palatine, IL 60074 | 120,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. 1307 N. Baldwin Ct  Unit 2 D Palatine, IL 60074 | 115,000.00 | 8,072.00 | | 0.00 | 8,072.00 |
| 3. 1309 N. Baldwin Ct. Unit 2 A Palatine, IL 60074 | 105,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. Vacant Lot Arizona Sunsites Unit 2, Block 223, Lot | 6,500.00 | 6,500.00 | | 4,879.12 | FA |
| 5. Timeshare Peppertree at Tamarack, Wisconsin Dells, | 600.00 | 500.00 | | 0.00 | 500.00 |
| 6. Timeshare Canada House Beach Club, Pompano Beach, | 1,200.00 | 1,200.00 | | 0.00 | 1,200.00 |
| 7. Cash | 100.00 | 100.00 | | 0.00 | 100.00 |
| 8. Checking at LaSalle Bank | 500.00 | 500.00 | | 0.00 | 500.00 |
| 9. Four rooms of furnishings | 500.00 | 500.00 | | 0.00 | 500.00 |
| 10. Clothing for one person | 100.00 | 100.00 | | 0.00 | 100.00 |
| 11. John Hancock GPA Choice Annuity (IRA) | 6,775.83 | 6,775.83 | | 0.00 | 6,775.83 |
| 12. LaSalle Financial (IRA) | 21,271.34 | 21,271.34 | | 0.00 | 21,271.34 |
| 13. The Vanguard Group (IRA) | 5,975.80 | 5,975.80 | | 0.00 | 5,975.80 |
| 14. Debtor took back a 20% mortgage on a house he sold | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. 1998 Chevy Malibu (134 k miles) | 2,100.00 | 2,100.00 | | 0.00 | 2,100.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.46 | Unknown |
| TOTALS (Excluding Unknown Values) | $385,622.97 | $53,594.97 | | $4,879.58 | $47,094.97 |
| | | | | | Gross Value of Remaining Assets |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of the Debtor's real estate closed at the end of 2008. The Trustee estimates that the case will close by 6/30/09.

Initial Projected Date of Final Report (TFR): 06/30/09          Current Projected Date of Final Report (TFR): 06/30/09

LFORM1   UST Form 101-7-TFR (9/1/2009) (Page: 3)                                                Ver: 15.01

Page: 2
Exhibit A

Ver: 15.01

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 08-03078    JBS    Judge: HON. JOHN B. SCHMETTERER
Case Name: PAPPAS, CONSTANTINOS G.

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 02/12/08 (f)
341(a) Meeting Date: 03/13/08
Claims Bar Date: 09/25/08

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

Case No: 08-03078 -JBS
Case Name: PAPPAS, CONSTANTINOS G.
Taxpayer ID No: ******5471
For Period Ending: 10/12/09

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******9970 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| 01/20/09 | 4 | PioneerTitle Agency, Inc.<br>P.O. Box 1900<br>Sierra Vista, AZ 85636 | BALANCE FORWARD | 1110-000 | 4,879.12 | | 4,879.12 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 4,879.13 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,879.17 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,879.21 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,879.32 |
| 05/05/09 | | | Transfer to Acct #******0202 Bank Funds Transfer | 9999-000 | | 2,900.00 | 1,979.32 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 1,979.38 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,979.43 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,979.48 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,979.53 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,979.58 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 4,879.58 | 2,900.00 |
| Less: Bank Transfers/CD's | | 0.00 | 2,900.00 |
| Subtotal | | 4,879.58 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 4,879.58 | 0.00 |

Page Subtotals  4,879.58  2,900.00

UST Form 101-7-TFR (9/1/2009) (Page: 5)

Ver: 15.01

Page: 2
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-03078 -JBS
Case Name: PAPPAS, CONSTANTINOS G.
Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0202 BofA - Checking Account

Taxpayer ID No: *******5471
For Period Ending: 10/12/09
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/09 | | Transfer from Acct #*******9970 | Bank Funds Transfer | 9999-000 | 2,900.00 | | 2,900.00 |
| 05/05/09 | 003001 | Constantinos Pappas | Exemption sale of Arizon Real estate | 8100-002 | | 2,900.00 | 0.00 |

| | | COLUMN TOTALS | | 2,900.00 | 2,900.00 | |
| | | Less: Bank Transfers/CD's | | 2,900.00 | 0.00 | |
| | | Subtotal | | 0.00 | 2,900.00 | |
| | | Less: Payments to Debtors | | 0.00 | 2,900.00 | |
| | | Net | | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *********9970 | 4,879.58 | 0.00 | 1,979.58 |
| BofA - Checking Account - *********0202 | 0.00 | 0.00 | 0.000 |
| | 4,879.58 | 0.00 | 1,979.58 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 2,900.00 2,900.00

LFORM24  UST Form 101-7-TFR (9/1/2009) (Page: 6)  Ver: 15.01

## Trustee's Proposed Distribution Report
## PROPOSED DISTRIBUTION

Case Number: 08-03078  JBS  
Debtor Name: PAPPAS, CONSTANTINOS G.

Page 1

Date: October 12, 2009

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,979.58 |
| | **Claim Type -** | | | | | | | |
| | RONALD R. PETERSON COMPENSATION | Admin | | $1,219.90*<br>$1,219.90 | $0.00 | $1,219.90 | $1,219.90 | $759.68 |
| | Percent Paid: 100.0000000 % | | | | | | | |
| | RONALD R. PETERSON EXPENSES | Admin | | $0.00*<br>$0.00 | $0.00 | $0.00 | $0.00 | $759.68 |
| | **Subtotal For Claim Type** | | | $1,219.90*<br>$1,219.90 | $0.00 | $1,219.90 | $1,219.90 | |
| | Subtotals For Class Administrative  100.0000000 % | | | $1,219.90*<br>$1,219.90 | $0.00 | $1,219.90 | $1,219.90 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsec | 070 | $2,069.12*<br>$2,069.12<br>Percent Paid: 2.0868775 % | $0.00 | $2,069.12 | $43.18 | $716.50 |
| 000002 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsec | 070 | $6,112.05*<br>$6,112.05<br>Percent Paid: 2.0870248 % | $0.00 | $6,112.05 | $127.56 | $588.94 |
| 000003 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsec | 070 | $2,706.74*<br>$2,706.74<br>Percent Paid: 2.0870124 % | $0.00 | $2,706.74 | $56.49 | $532.45 |
| 000004 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Unsec | 070 | $391.16*<br>$391.16<br>Percent Paid: 2.0886594 % | $0.00 | $391.16 | $8.17 | $524.28 |

UST Form 101-7-TFR (9/1/2009) (Page: 7)

Printed: 10/12/09 12:39 PM  Ver: 15.01

PROPDIS8

## Trustee's Proposed Distribution Report
## PROPOSED DISTRIBUTION

Case Number: 08-03078  JBS      Page 2     Date: October 12, 2009
Debtor Name: PAPPAS, CONSTANTINOS G.

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000005 | eCAST Settlement Corporation<br>successor to<br>Arrow Financial Services LLC<br>assignee<br>of PROVIDIAN<br>POB 35480<br>Newark NJ 07193-5480 | Unsec | 070 | $5,057.56*<br>$5,057.56<br>Percent Paid: 2.0869747 % | $0.00 | $5,057.56 | $105.55 | $418.73 |
| 000007 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsec | 070 | $4,568.92*<br>$4,568.92<br>Percent Paid: 2.0871453 % | $0.00 | $4,568.92 | $95.36 | $323.37 |
| 000008 | FIA CARD SERVICES,<br>N.A./BANK OF AMERICA<br>by American InfoSource L.P. as its<br>agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsec | 070 | $5,797.60*<br>$5,797.60<br>Percent Paid: 2.0870705 % | $0.00 | $5,797.60 | $121.00 | $202.37 |
| 000009 | Household Finance Corporation<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | Unsec | 070 | $9,696.27*<br>$9,696.27<br>Percent Paid: 2.0870912 % | $0.00 | $9,696.27 | $202.37 | $0.00 |
| | **Subtotal For Claim Type 7100-00** | | | $36,399.42 *<br>$36,399.42 | $0.00 | $36,399.42 | $759.68 | |
| | Subtotals For Class Unsecured   2.0870662 % | | | $36,399.42 *<br>$36,399.42 | $0.00 | $36,399.42 | $759.68 | |
| | **Claim Type 4110-00 - Real Estate - Consensual Liens** | | | | | | | |
| 000006 | Baldwin Court Condominium<br>Assoc<br>1319 N Baldwin Crt<br>Palatine, IL 60074 | Sec | 050 | $17,887.00*<br>$17,887.00<br>Percent Paid: 0.0000000 % | $0.00 | $17,887.00 | $0.00 | $0.00 |

## Trustee's Proposed Distribution Report
## PROPOSED DISTRIBUTION

Case Number: 08-03078    JBS  
Debtor Name: PAPPAS, CONSTANTINOS G.

Page 3

Date: October 12, 2009

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Subtotal For Claim Type 4110-00** | | | $17,887.00 *<br>$17,887.00 | $0.00 | $17,887.00 | $0.00 | |
| | Subtotals For Class Secured | 0.0000000 % | | $17,887.00 *<br>$17,887.00 | $0.00 | $17,887.00 | $0.00 | |
| | << Totals >> | | | $55,506.32<br>$55,506.32 | $0.00 | $55,506.32 | $1,979.58 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-03078
Case Name: PAPPAS, CONSTANTINOS G.
Trustee Name: RONALD R. PETERSON

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: RONALD R. PETERSON | $ 1,219.90 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (9/1/2009) (Page: 10)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,399.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Recovery Management Systems Corporation* | $ 2,069.12 | $ 43.18 |
| *000002* | *Discover Bank/DFS Services LLC* | $ 6,112.05 | $ 127.56 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | American Express Centurion Bank | $ 2,706.74 | $ 56.49 |
| 000004 | eCAST Settlement Corporation assignee of | $ 391.16 | $ 8.17 |
| 000005 | eCAST Settlement Corporation successor to | $ 5,057.56 | $ 105.55 |
| 000007 | LVNV Funding LLC | $ 4,568.92 | $ 95.36 |
| 000008 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 5,797.60 | $ 121.00 |
| 000009 | Household Finance Corporation | $ 9,696.27 | $ 202.37 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .