HON. JOHN B. SCHMETTERER

**UNITED STATES BANKRUPTCY COURT**
NORTHERN ILLINOIS  **DISTRICT OF**  EASTERN
CHICAGO  **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| PAPPAS, CONSTANTINOS G. | § § § | Case No. 08-03078 JBS |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE U.S. BANKRUPTCY COURT
   KENNETH S. GARDNER
   219 S. Dearborn St.
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/14/2009 in Courtroom 682,
   UNITED STATES BANKRUPTCY COURT
   219 South Dearborn Street
   Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/09/2009                                     By: UNITED STATES BANKRUPTCY
_____                                         COURT _____

*RONALD R. PETERSON*
*JENNER & BLOCK*
*330 NORTH WABASH AVENUE*
*CHICAGO, IL 60611-7603*

UNITED STATES BANKRUPTCY COURT
NORTHERN ILLINOIS **DISTRICT OF** EASTERN
CHICAGO **DIVISION**

In re: §
§
PAPPAS, CONSTANTINOS G. § Case No. 08-03078 JBS
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 4,879.58 |
| *and approved disbursements of* | $ | 2,900.00 |
| *leaving a balance on hand of*[1] | $ | 1,979.58 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: RONALD R. PETERSON* | $ 1,219.91 | $ 0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: | | $ | $ |
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,399.42 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Recovery Management Systems Corporation | $ 2,069.12 | $ 43.19 |
| 000002 | Discover Bank/DFS Services LLC | $ 6,112.05 | $ 127.57 |
| 000003 | American Express Centurion Bank | $ 2,706.74 | $ 56.49 |
| 000004 | eCAST Settlement Corporation assignee of | $ 391.16 | $ 8.16 |
| 000005 | eCAST Settlement Corporation successor to | $ 5,057.56 | $ 105.56 |
| 000007 | LVNV Funding LLC | $ 4,568.92 | $ 95.36 |
| 000008 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 5,797.60 | $ 121.01 |
| 000009 | Household Finance Corporation | $ 9,696.27 | $ 202.38 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

UST Form 101-7-NFR (9/1/2009) *(Page: 5)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Ronald R. Peterson
                                        Trustee

RONALD R. PETERSON
JENNER & BLOCK
330 NORTH WABASH AVENUE
CHICAGO, IL 60611-7603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dross                 Page 1 of 2                   Date Rcvd: Nov 10, 2009
Case: 08-03078                 Form ID: pdf006             Total Noticed: 74

The following entities were noticed by first class mail on Nov 12, 2009.
db          +Constantinos G. Pappas,    1307 N Baldwin Ct.,    #2D,    Palatine, IL 60074-9324
aty         +Angela M Tyler,    Jenner & Block,    330 N. Wabash Ave,    Chicago, IL 60611-7603
aty         +Charles N Therman,    Law Offices of Charles Therman &,    Associates, Ltd.,
              8501 W. Higgins Road, Suite 420,    Chicago, IL 60631-2811
aty         +Ronald Peterson,    Jenner & Block,    353 N. Clark Street,    Chicago, IL 60654-4704
tr          +Ronald R Peterson,    Jenner & Block LLP,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
11943049     AMCA,    PO Box 12335,    Elmsford, NY 10523-0935
11943048     Alexian Brothers Medical Ctr,    22589 Network Place,    Chicago, IL 60673-1225
11943050    +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
11943051     American Express - Optima Card,    Box 0001,    Los Angeles, CA 90096-0001
12454353     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11943052    +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
11943053    +Arrow Financial Servic,    5996 W Touhy Ave,    Niles, IL 60714-4610
11943054    +Aspire/Cb&T,    Po Box 105555,    Atlanta, GA 30348-5555
11943055    +Baldwin Court Condominium Assoc,    1319 N Baldwin Crt,    Palatine, IL 60074-9343
11943056    +Baldwin Court Condominium Assoc,    1319 N. Baldwin Ct.,    Palatine, IL 60074-9343
11943057    +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
11943058     Bk Of Amer,    4060 Ogletown/Stan,    De5-019-03-07,    Newark, DE 19713
11943059    +Bp/Citibank Sd,    Po Box 6033,    Hagerstown, MD 21747-6033
11943060    +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
11943061    +Capital One,    Po Box 85015,    Richmond, VA 23285-5015
11943062     Central Credit Card Services, Inc.,    Dept. A.,    P.O. Box 15118,    Jacksonville, FL 32239-5118
11943063    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11943064    +Chase-Bp,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11943065    +Citgo/Cbsd,    Po Box 6003,    Hagerstown, MD 21747-6003
11943066    +Citi Residental Lendin,    Po Box 11000,    Santa Ana, CA 92711-1000
11943067     Corporate Receivables, Inc.,    PO Box 32995,    Phoenix, AZ 85064-2995
11943069    +Emc Mortgage,    800 State Highway 121 By,    Lewisville, TX 75057-4115
11943070    +Emerge,    6 Concourse Pkwy Ne Fl 2,    Atlanta, GA 30328-6117
11943071    +Emerge/Fnbo,    P.O. Box 723896,    Atlanta, GA 31139-0896
11943072     First Source Advantage, LLC,    PO Box 628,    Buffalo, NY 14240-0628
11943073    +First Tennessee Bank,    300 Court Street,    Memphis, TN 38103-2308
11943074    +First Tennessee Bank V,    1555 Lynnfield Building C,    Memphis, TN 38119-7227
11943075    +Fleet Cc,    Po Box 84006,    Columbus, GA 31908-4006
11943077    +Freedman Anselmo Lindberg & Rappe,    PO Box 3228,    Naperville, IL 60566-3228
11943080    +Hfc,    Po Box 1547,    Chesapeake, VA 23327-1547
11943081    +Household Finance Co,    Po Box 1547,    Chesapeake, VA 23327-1547
12634591     Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
              Newark NJ 07193-5480
11943082    +Hsbc Auto,    6602 Convoy Ct,    San Diego, CA 92111-1009
11943083    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
11943084    +Hsbc Best Buy,    1405 Foulk Road,    Wilmington, DE 19803-2769
11943085    +Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850-5519
11943086    +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
11943087    +Hsbc/Mnrds,    90 Christiana Rd,    New Castle, DE 19720-3118
11943076    ++INFIBANK NA,    157 TECHNOLOGY PKWY,    STE 900,    NORCROSS GA 30092-2950
             (address filed with court:  Fnbo,      Po Box 922968,     Norcross, GA 30010)
11943088    +Lasalle National Ban,    135 S. Lasalle St,    Chicago, IL 60603-4192
11943089     Lathrop&Gage notice for Sprint,    Box #2431,    PO Box 8500,    Philadelphia, PA 19178-2431
11943090     Menard,    PO Box 17602,    Baltimore, MD 21297-1602
11943091    +Meridian Financial Svc,    21 Overland Industrial B,    Asheville, NC 28806-1376
11943092     Meyer & Njus, P.A.,    1100 U.S. Bank Plaza,    Minneapolis, MN 55402
11943093     NCO Financial Sysytems,    PO Box 15773,    Wilmington, DE 19850-5773
11943094    +Park Dansan,    113 W 3rd Ave,    Gastonia, NC 28052-4320
11943095     Pentagroups Financial, LLC,    PO Box 742209,    Houston, TX 77274-2209
11943096    +Peoples Gas,    130 E. Randolph,    Chicago, IL 60601-6302
11943097    +Plns Commerc,    2780 N Snelling Dr,    Roseville, MN 55113-7115
11943099    +RMS,    260 E. Wentworth Ave.,    Saint Paul, MN 55118-3523
11943098    +Redline Recovery Services,    1145 Sanctuary Pkwy Ste #350,    Alpharetta, GA 30009-4756
11943100    +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
11943101    +SleepMed,    60 Chastain Center Blvd.,    Suite 66,    Kennesaw, GA 30144-5598
11943102     Tate & Kirlin Associates,    2810 Southampton Rd.,    Philadelphia, PA 19154-1207
11943103    +Tcf Banking & Savings,    801 Marquette Ave,    Minneapolis, MN 55402-3475
11943104     Wash Mutual/Providian,    Po Box 9180,    Pleasanton, CA 94566
11943105    +Wf Fin Ban,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
11943106    +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
11943107    +Wffnb/Mattress Giant,    Po Box 94498,    Las Vegas, NV 89193-4498
11943108    +Wfnnb/Clark,    Po Box 2961,    Shawnee Mission, KS 66201-1361
12454354     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark NJ 07193-5480
12454355     eCAST Settlement Corporation successor to,    Arrow Financial Services LLC assignee,
              of PROVIDIAN,    POB 35480,    Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Nov 10, 2009.
12393254      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2009 07:01:26
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11943068     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2009 07:01:26      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
12629578     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 11 2009 06:16:24
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11943078     +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2009 06:32:21      Gemb/Jcp,    Po Box 984100,
               El Paso, TX 79998-4100
```

```
District/off: 0752-1           User: dross                Page 2 of 2                   Date Rcvd: Nov 10, 2009
Case: 08-03078                 Form ID: pdf006            Total Noticed: 74

The following entities were noticed by electronic transmission (continued)
11943079     +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2009 06:47:55        Gemb/Walmart,    P.O. Box 981400,
               C77w,    El Paso, TX 79998-1400
12536535      E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12366275     +E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2009 06:32:21
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2009**                    **Signature:**    _Joseph Speetjens_