**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | |
|---|---|
| In re: § <br> § <br> PAPPAS, CONSTANTINOS G. § <br> § <br> Debtor(s) § <br> § | Case No. 08-03078 |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 759.78 | Claims Discharged Without Payment: 35,760.66 |
| Total Expenses of Administration: 1,219.93 | |

3) Total gross receipts of $ 4,879.71 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,900.00 (see **Exhibit 2**), yielded net receipts of $ 1,979.71 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) (Page: 1)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 17,887.00 | $ 17,887.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,219.93 | 1,219.93 | 1,219.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 36,399.42 | 36,520.44 | 759.78 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 55,506.35 | $ 55,627.37 | $ 1,979.71 |

4) This case was originally filed under chapter 7 on 02/12/2008. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2010          By:/s/RONALD R. PETERSON
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant Lot Arizona Sunsites Unit 2, Block 223, Lot | 1110-000 | 4,879.12 |
| Post-Petition Interest Deposits | 1270-000 | 0.59 |
| **TOTAL GROSS RECEIPTS** | | **$4,879.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Constantinos Pappas | Exemptions | 8100-002 | 2,900.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,900.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDWIN COURT CONDOMINIUM ASSOC | 4110-000 | NA | 17,887.00 | 17,887.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$ NA** | **$ 17,887.00** | **$ 17,887.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2200-000 | NA | 1,219.93 | 1,219.93 | 1,219.93 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,219.93 | $ 1,219.93 | $ 1,219.93 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 2,706.74 | 2,706.74 | 56.50 |
| CLERK OF THE UNITED STATES | 7100-000 | NA | 0.00 | 121.02 | 121.02 |
| DISCOVER BANK/DFS SERVICES LLC | 7100-000 | NA | 6,112.05 | 6,112.05 | 127.58 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 391.16 | 391.16 | 8.16 |
| ECAST SETTLEMENT CORPORATION SUCCES | 7100-000 | NA | 5,057.56 | 5,057.56 | 105.57 |
| FIA CARD SERVICES, N.A./BANK OF AME | 7100-000 | NA | 5,797.60 | 5,797.60 | 0.00 |
| HOUSEHOLD FINANCE CORPORATION | 7100-000 | NA | 9,696.27 | 9,696.27 | 202.39 |
| LVNV FUNDING LLC | 7100-000 | NA | 4,568.92 | 4,568.92 | 95.37 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 2,069.12 | 2,069.12 | 43.19 |
| TOTAL GENERAL UNSECURED CLAIMS | | $NA | $ 36,399.42 | $ 36,520.44 | $ 759.78 |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 08-03078  
Judge: HON. JOHN B. SCHMETTERER  
Case Name: PAPPAS, CONSTANTINOS G.  
Trustee Name: RONALD R. PETERSON  
Date Filed (f) or Converted (c): 02/12/08 (f)  
341(a) Meeting Date: 03/13/08  
For Period Ending: 06/11/10  
Claims Bar Date: 09/25/08

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 1311 N. Baldwin Ct. Unit 1 B Palatine, IL 60074 | 120,000.00 | 0.00 | | 0.00 | 0.00 | 131,610.00 | 0.00 |
| 2. 1307 N. Baldwin Ct. Unit 2 D Palatine, IL 60074 | 115,000.00 | 8,072.00 | | 0.00 | 0.00 | 106,928.00 | 0.00 |
| 3. 1309 N. Baldwin Ct. Unit 2 A Palatine, IL 60074 | 105,000.00 | 0.00 | | 0.00 | 0.00 | 117,062.00 | 0.00 |
| 4. Vacant Lot Arizona Sunsites Unit 2, Block 223, Lot | 6,500.00 | 6,500.00 | | 4,879.12 | FA | 0.00 | 0.00 |
| 5. Timeshare Peppertree at Tamarack, Wisconsin Dells, | 600.00 | 500.00 | | 0.00 | 0.00 | 100.00 | 0.00 |
| 6. Timeshare Canada House Beach Club, Pompano Beach, | 1,200.00 | 1,200.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Cash | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Checking at LaSalle Bank | 500.00 | 500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. Four rooms of furnishings | 500.00 | 500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Clothing for one person | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. John Hancock GPA Choice Annuity (IRA) | 6,775.83 | 6,775.83 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. LaSalle Financial (IRA) | 21,271.34 | 21,271.34 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. The Vanguard Group (IRA) | 5,975.80 | 5,975.80 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Debtor took back a 20% mortgage on a house he sold | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 15. 1998 Chevy Malibu (134 k miles) | 2,100.00 | 2,100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009) (Page: 6)

LFORM1EX  Ver: 15.02

Page: 2

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 08-03078   Judge: HON. JOHN B. SCHMETTERER
Case Name: PAPPAS, CONSTANTINOS G.

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 02/12/08 (f)
341(a) Meeting Date: 03/13/08
Claims Bar Date: 09/25/08

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.59 | Unknown | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)  $385,622.97   $53,594.97     $4,879.71   $0.00   $355,700.00   $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 11/09/09.

Initial Projected Date of Final Report (TFR):  / /      Current Projected Date of Final Report (TFR):  / /

_____ Date: _____

RONALD R. PETERSON

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9     Page: 1

| Case No: | 08-03078 -JBS | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | PAPPAS, CONSTANTINOS G. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******5471 | Account Number / CD #: | *******9970 Money Market Account (Interest Earn |
| For Period Ending: | 06/11/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/20/09 | 4 | PioneerTitle Agency, Inc.<br>P.O. Box 1900<br>Sieerra Vista, AZ 85636 | | 1110-000 | 4,879.12 | | 4,879.12 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 4,879.13 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,879.17 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,879.21 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,879.32 |
| 05/05/09 | | Transfer to Acct #*******0202 | Bank Funds Transfer | 9999-000 | | 2,900.00 | 1,979.32 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 1,979.38 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,979.43 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,979.48 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,979.53 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,979.58 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,979.63 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 1,979.68 |
| 12/18/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,979.71 |
| 12/18/09 | | Transfer to Acct #*******0202 | Final Posting Transfer | 9999-000 | | 1,979.71 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 4,879.71 | 4,879.71 |
| Less: Bank Transfers/CD's | | 0.00 | 4,879.71 |
| Subtotal | | 4,879.71 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 4,879.71 | 0.00 |

Page Subtotals     4,879.71     4,879.71

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*      Ver: 15.02

Page: 2

Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-03078 -JBS |
|---|---|
| Case Name: | PAPPAS, CONSTANTINOS G. |
| Taxpayer ID No: | \*\*\*\*\*\*\*5471 |
| For Period Ending: | 06/11/10 |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | \*\*\*\*\*\*\*0202 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/05/09 | | Transfer from Acct #\*\*\*\*\*\*\*9970 | Bank Funds Transfer | 9999-000 | 2,900.00 | | 2,900.00 |
| 05/05/09 | 003001 | Constantinos Pappas | Exemption sale of Arizon Real estate | 8100-002 | | 2,900.00 | 0.00 |
| 12/18/09 | | Transfer from Acct #\*\*\*\*\*\*\*9970 | Transfer In From MMA Account | 9999-000 | 1,979.71 | | 1,979.71 |
| 12/18/09 | 003002 | Ronald R. Peterson | | 2200-000 | | 1,219.93 | 759.78 |
| 12/18/09 | 003003 | Recovery Management Systems Corporation For GE Money Bank dba JCPENNEY CREDIT SERVICES 25 SE 2nd Ave Ste 1120 Miami FL 33131 | | 7100-000 | | 43.19 | 716.59 |
| 12/18/09 | 003004 | Discover Bank/DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | (3-1) Credit Card Debt | 7100-000 | | 127.58 | 589.01 |
| 12/18/09 | 003005 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | | 7100-000 | | 56.50 | 532.51 |
| 12/18/09 | 003006 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | (4-1) Credit Card Debt | 7100-000 | | 8.16 | 524.35 |
| 12/18/09 | 003007 | eCAST Settlement Corporation successor to Arrow Financial Services LLC assignee of PROVIDIAN POB 35480 Newark NJ 07193-5480 | (5-1) Credit Card Debt | 7100-000 | | 105.57 | 418.78 |
| 12/18/09 | 003008 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | | 7100-000 | | 95.37 | 323.41 |
| 12/18/09 | 003009 | FIA CARD SERVICES, N.A./BANK OF AMERICA | | 7100-004 | | 121.02 | 202.39 |

| | Page Subtotals | 4,879.71 | 4,677.32 |
|---|---|---|---|

UST Form 101-7-TDR (9/1/2009) (Page: 9)

Ver: 15.02

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 08-03078 -JBS
Case Name: PAPPAS, CONSTANTINOS G.
Taxpayer ID No: *******5471
For Period Ending: 06/11/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0202 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/18/09 | 003010 | by American InfoSource L.P. as its agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 Household Finance Corporation by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | (9-1) Credit Card Debt | 7100-000 | | 202.39 | 0.00 |
| * 02/25/10 | 003009 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Stop Payment Reversal | 7100-004 | | -121.02 | 121.02 |
| 02/25/10 | 003011 | by American InfoSource L.P. as its agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 Clerk of the United States Bankruptcy Court | STOP PAY ADD SUCCESSFUL | 7100-000 | | 121.02 | 0.00 |

COLUMN TOTALS 4,879.71 4,879.71 0.00
Less: Bank Transfers/CD's 4,879.71 0.00
Subtotal 0.00 4,879.71
Less: Payments to Debtors 0.00 2,900.00
Net 0.00 1,979.71

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |
| Money Market Account (Interest Earn - *********9970 | 4,879.71 | 0.00 | 0.00 |
| BofA - Checking Account - *********0202 | 0.00 | 1,979.71 | 0.00 |
| | 4,879.71 | 1,979.71 | |
| | | Total Funds On Hand | 0.00 |

Page Subtotals 0.00 202.39

UST Form 101-7-TDR (9/1/2009) (Page: 10)

LFORM24    Ver: 15.02